UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP W. DIBBLE and PATTY JO DIBBLE,

        Plaintiffs,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

        Defendant.

CASE NO.: CIV 15-1167 JB/KBM

## NOTICE OF APPEARANCE OF ALLISON BILES ON BEHALF OF DEFENDANT

NOTICE IS HEREBY GIVEN that Allison L. Biles of the law firm Snell & Wilmer L.L.P. is appearing as counsel of record for Defendant Wells Fargo Bank, N.A., in the above-captioned action, and accordingly requests service upon Allison L. Biles of all pleadings, motions, notices, orders, or other documents filed in this action.

Dated this 19th day of January, 2016.

Respectfully Submitted,

SNELL & WILMER L.L.P.

By:    */s/Allison L. Biles*
       Allison L. Biles
       1200 17th Street, Suite 1900
       Denver, Colorado 80202
       Telephone: 303.634.2000
       Facsimile: 303.634.2020
       abiles@swlaw.com

I hereby certify that on January 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Phillip W. Dibble
Patty Jo Dibble
P.O. Box 235
Los Lunas, NM 87031
*Pro Per Plaintiffs*

/s/Allison L. Biles
23338787